**SUSMAN GODFREY LLP**
Oleg Elkhunovich (269238)
oelkhunovich@susmangodfrey.com
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

*(additional counsel listed below signature)*

***Defendant Zillow, Inc.***

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOP AGENT NETWORK, INC., | Case No. 4:14-cv-04769 |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE OF OLEG ELKHUNOVICH** |
| ZILLOW, INC. | |
| Defendant. | |

1
2

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

3

**PLEASE TAKE NOTICE** that attorney Oleg Elkhunovich of Susman Godfrey L.L.P.,

4

1901 Avenue of the Stars, Suite 950, Los Angeles, CA 90067, a member of the State Bar of

5

California and admitted to practice before this Court, hereby enters an appearance as counsel on

6

behalf of Defendant Zillow, Inc.

7   Dated:  November 13, 2014         SUSMAN GODFREY LLP

8
                                      By: /s/ *Oleg Elkhunovich*
9                                     Oleg Elkhunovich
                                      SUSMAN GODFREY LLP
10                                    1901 Avenue of the Stars, Suite 950
                                      Los Angeles, CA 90067-6029
11                                    Telephone: (310) 789-3100
                                      Facsimile: (310) 789-3150
12
                                      Brooke A. M. Taylor, Lead Attorney
13                                    WA Bar No. 33190 (To Be Admitted *Pro Hac Vice*)
                                      btaylor@susmangodfrey.com
14                                    Jenna G. Farleigh, CA Bar #28811 (Admission
                                      Papers to Be Filed)
15                                    jfarleigh@susmangodfrey.com
                                      SUSMAN GODFREY L.L.P.
16                                    1201 Third Avenue, Suite 3800
                                      Seattle, Washington 98101-3000
17                                    Telephone:  (206) 516-3880
                                      Facsimile:  (206) 516-3883
18
19                                    Joseph C. Portera (To Be Admitted *Pro Hac Vice*)
                                      jportera@susmangodfrey.com
20                                    SUSMAN GODFREY LLP
                                      901 Main Street, Suite 5100
21                                    Dallas, TX 85202
                                      Telephone:  (214) 754-1900
22                                    Facsimile:  (214) 754-1933
23
24
                                      ATTORNEYS FOR DEFENDANT
25
26
27
28