**SUSMAN GODFREY LLP**
Oleg Elkhunovich (Cal. Bar No. 269238)
oelkhunovich@susmangodfrey.com
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

(additional counsel listed below signature)

*Attorneys for Defendant ZILLOW, INC.*

**LEWIS & LLEWELLYN LLP**
Paul T. Llewellyn (Cal. Bar No. 216887)
pllewellyn@lewisllewellyn.com
Marc R. Lewis (Cal. Bar No. 233306)
mlewis@lewisllewellyn.com
Evangeline A.Z. Burbidge (Cal. Bar No. 266966)
eburbidge@lewisllewellyn.com
505 Montgomery Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 800-0590
Facsimile: (415) 390-2127

*Attorneys for Plaintiff TOP AGENT NETWORK, INC.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOP AGENT NETWORK, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ZILLOW, INC. <br><br> Defendant. | Case No. 4:14-cv-04769-KAW <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR ZILLOW'S RESPONSE TO COMPLAINT AND TAN'S RESPONSE TO SAME** |

---

Stipulation & [Proposed] Order Extending Time For Zillow's
Response To Complaint And Tan's Response To Same          Case No. 4:14-cv-04769-KAW
3424447v1/014568

Plaintiff Top Agent Network, Inc. ("TAN") and Defendant Zillow, Inc. ("Zillow") have met and conferred, reached agreement, and hereby stipulate as follows:

**STIPULATION**

WHEREAS, plaintiff filed the instant action on October 27, 2014; and

WHEREAS, the complaint and summons were served on Zillow's agent for service of process, by personal service, on October 29, 2014; and

WHEREAS, Zillow's response to the complaint is currently due on or before November 19, 2014; and

WHEREAS, defense counsel has upcoming trials and other scheduling commitments and requires an extension to have sufficient time to address the matters at issue; and

WHEREAS, there have been no previous time modifications in the case; and

WHEREAS, the time modification would have no major effect on the as yet to be determined case schedule and would allow the parties sufficient time to address the matters at issue in light of counsels' other scheduling commitments;

IT IS HEREBY STIPULATED by and between TAN and Zillow, through their respective counsel of record, that Zillow's deadline to file a response to the complaint is extended by 30 days from November 19, 2014, to December 19, 2014.

IT IS FURTHER STIPULATED that (1) in the event that Zillow's responsive pleading requires a response by TAN, TAN's deadline to respond is extended from 21 days to 30 days; and (2) in the event that Zillow files a motion in response to TAN's complaint, TAN may have 30 days to file any opposition to Zillow's motion as opposed to the 14 days provided by Civil Local Rule 7-3(a). These extensions will allow TAN to have a full and fair opportunity to respond, particularly in light of the upcoming Christmas and New Year holidays. In the event that Zillow does file a motion, the parties further agree to meet and confer regarding the hearing date for any motion, so as to allow the Court sufficient time to consider the motion in light of the extension.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Dated: November 14, 2014          Respectfully submitted,

| SUSMAN GODFREY LLP | LEWIS & LLEWELLYN LLP |
|---|---|
| By: /s/ Oleg Elkhunovich | By: /s/ Paul T. Llewellyn |
| Oleg Elkhunovich | Paul T. Llewellyn, Lead Attorney |
| Susman Godfrey LLP | CA Bar No. 216887 |
| 1901 Avenue of the Stars, Suite 950 | pllewellyn@lewisllewellyn.com |
| Los Angeles, CA 90067-6029 | Marc R. Lewis, CA Bar No. 233306 |
| Telephone: (310) 789-3100 | mlewis@lewisllewellyn.com |
| Facsimile: (310) 789-3150 | Evangeline A.Z. Burbidge, |
|  | CA Bar No. 266966 |
| Brooke A. M. Taylor, Lead Attorney | eburbidge@lewisllewellyn.com |
| WA Bar No. 33190, *Pro Hac Vice to be filed* | 505 Montgomery Street, Suite 1300 |
| btaylor@susmangodfrey.com | San Francisco, CA 94111 |
| Jenna G. Farleigh | Telephone: (415) 800-0592 |
| CA Bar No. 288811, *Admission to be filed* | Facsimile: (415) 390-2127 |
| jfarleigh@susmangodfrey.com |  |
| SUSMAN GODFREY L.L.P. | ATTORNEYS FOR PLAINTIFF |
| 1201 Third Avenue, Suite 3800 |  |
| Seattle, Washington 98101-3000 |  |
| Telephone: (206) 516-3880 |  |
| Facsimile: (206) 516-3883 |  |
|  |  |
| Joseph C. Portera, *Pro Hac Vice to be filed* |  |
| jportera@susmangodfrey.com |  |
| Susman Godfrey LLP |  |
| 901 Main Street, Suite 5100 |  |
| Dallas, TX 85202 |  |
| Telephone: (214) 754-1900 |  |
| Facsimile: (214) 754-1933 |  |

*ATTORNEYS FOR DEFENDANT*

---

Stipulation & [Proposed] Order Extending Time For Zillow's
Response To Complaint And Tan's Response To Same      Case No. 4:14-cv-04769-KAW
3424447v1/014568      2

**DECLARATION OF OLEG ELKHUNOVICH, ESQ. IN SUPPORT OF STIPULATION EXTENDING TIME FOR ZILLOW'S RESPONSE TO COMPLAINT AND TAN'S RESPONSE TO SAME**

I, Oleg Elkhunovich, Esq., hereby declare as follows:

1. I am member of the California State Bar, an attorney in the law firm of Susman Godfrey LLP, and counsel for Defendants in the above-captioned appeal. I submit this declaration in support of the stipulation and [proposed] order extending time for Zillow's response to complaint and TAN's response to same.

2. On October 27, 2014, plaintiff filed the instant action.

3. The defendant, my client, was served on October 29, 2014.

4. Zillow's response to the complaint is currently due on or before November 19, 2014.

5. Defense counsel in this case currently has trials scheduled for both early December 2014 and January 2015.

6. In light of these trials, defense counsel requires an extension to have sufficient time to address the matters at issue in the complaint.

7. There have been no previous time modifications in the case.

8. The time modification would have no major effect on the as yet to be determined case schedule and would allow the parties sufficient time to address the matters at issue in light of counsels' other scheduling commitments.

9. Counsel for the Plaintiff has agreed to the extension.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 14, 2014.

By: /s/ Oleg Elkhunovich
Oleg Elkhunovich

---

Stipulation & [Proposed] Order Extending Time For Zillow's
Response To Complaint And Tan's Response To Same
3424447v1/014568                                    1                          Case No. 4:14-cv-04769-KAW

Case 3:14-cv-04769-RSW Document 10 Filed 11/17/14 Page 5 of 5

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

Dated: 11/17/14

By: *Kandis Westmore*
Hon. Kandis A. Westmore
UNITED STATES MAGISTRATE JUDGE