# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOP AGENT NETWORK, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>ZILLOW, INC.,<br><br>   Defendant. | Case No. 14-cv-04769-RS   (DMR)<br><br>**ORDER TAKING DISCOVERY LETTER UNDER SUBMISSION WITHOUT ORAL ARGUMENT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court has received the parties' joint discovery letter (*see* Docket No. 39), and finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the April 9, 2015 hearing on the motion is hereby VACATED. The court will issue a written order on the motion.

**IT IS SO ORDERED**.

Dated: March 31, 2015

_____

DONNA M. RYU
United States Magistrate Judge