UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOP AGENT NETWORK, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ZILLOW, INC.,<br><br>　　　　　Defendant. | Case No. 14-cv-04769-RS   (DMR)<br><br>**ORDER DENYING DISCOVERY LETTER**<br><br>Re: Dkt. No. 39 |

Before the court is a joint discovery letter filed by Plaintiff Top Agent Network, Inc. and Defendant Zillow, Inc. [Docket No. 39.] Plaintiff's Complaint brings thirteen causes of action against Zillow, including a claim for misappropriation of trade secrets. In the letter, Defendant moves for a protective order preventing Plaintiff from obtaining any discovery from Defendant until Plaintiff identifies its trade secrets with enough particularity to meet the requirements of California Code of Civil Procedure § 2019.210.

Judge Seeborg has issued an order dismissing almost all of Plaintiff's claims with leave to amend, including Plaintiff's claim for misappropriation of trade secrets claim. [Docket No. 41.] Because the dispute at issue in the letter is relevant only to a claim that has been dismissed, the discovery letter is **denied as moot**.

**IT IS SO ORDERED.**

Dated: April 13, 2015

_____
Donna M. Ryu
United States Magistrate Judge