1  **SUSMAN GODFREY LLP**
   Oleg Elkhunovich (Cal. Bar No. 269238)
2  oelkhunovich@susmangodfrey.com
   1901 Avenue of the Stars, Suite 950
3  Los Angeles, CA 90067-6029
4  Telephone: (310) 789-3100
   Facsimile: (310) 789-3150
5
6  (additional counsel listed below signature)

7  *Attorneys for Defendant ZILLOW, INC.*

8
   **LEWIS & LLEWELLYN LLP**
9  Paul T. Llewellyn (Cal. Bar No. 216887)
   pllewellyn@lewisllewellyn.com
10 Marc R. Lewis (Cal. Bar No. 233306)
11 mlewis@lewisllewellyn.com
   Evangeline A.Z. Burbidge (Cal. Bar No. 266966)
12 eburbidge@lewisllewellyn.com
   505 Montgomery Street, Suite 1300
13 San Francisco, California 94111
   Telephone:  (415) 800-0590
14 Facsimile:  (415) 390-2127
15
   *Attorneys for Plaintiff TOP AGENT NETWORK, INC.*
16

17                     **UNITED STATES DISTRICT COURT**
18
                       **NORTHERN DISTRICT OF CALIFORNIA**
19

20 | TOP AGENT NETWORK, INC., | Case No. 3:14-cv-04769-RS-DMR |
21 |                         Plaintiff, | **STIPULATION AND [PROPOSED] ORDER STAYING DISCOVERY AND SCHEDULING** |
22 |        vs.              |  |
23 |                         |  |
24 | ZILLOW, INC.            | Judge: Hon. Richard G. Seeborg |
                             | Complaint filed: October 27, 2014 |
25 |                         Defendant. |  |
26 |                         | Date:  April 23, 2015 |
                             | Time: 11:00 AM |
                             | Courtroom: 3, 17th floor |
27
28

Plaintiff Top Agent Network, Inc. ("TAN") and Defendant Zillow, Inc. ("Zillow") have met and conferred, reached agreement, and hereby stipulate as follows:

**STIPULATION**

In light of the Court's recent granting of Zillow's motion to dismiss twelve of the thirteen claims for relief in the Complaint (Dkt. 41), the parties agree that, subject to the approval of the Court, all discovery and scheduling in this case should be stayed until such time as an amended complaint is filed, and any motion to dismiss the amended complaint is resolved.

Accordingly, the parties request that the Court vacate the Case Management Conference currently set for April 23, 2015.

Dated: April 15, 2015                                          Respectfully Submitted,

SUSMAN GODFREY LLP                                             LEWIS & LLEWELLYN LLP

By: */s/ Jenna G. Farleigh*                                    By: */s/ Paul T. Llewellyn*
Oleg Elkhunovich                                               Paul T. Llewellyn, Lead Attorney
Susman Godfrey LLP                                             CA Bar No. 216887
1901 Avenue of the Stars, Suite 950                            pllewellyn@lewisllewellyn.com
Los Angeles, CA 90067-6029                                     Marc R. Lewis, CA Bar No. 233306
Telephone: (310) 789-3100                                      mlewis@lewisllewellyn.com
Facsimile: (310) 789-3150                                      Evangeline A.Z. Burbidge,
                                                               CA Bar No. 266966
Brooke A. M. Taylor, Lead Attorney                             eburbidge@lewisllewellyn.com
WA Bar No. 33190 (Admitted *Pro Hac Vice*)                     505 Montgomery Street, Suite 1300
btaylor@susmangodfrey.com                                      San Francisco, CA 94111
Jenna G. Farleigh                                              Telephone: (415) 800-0592
CA Bar No. 288811                                              Facsimile: (415) 390-2127
jfarleigh@susmangodfrey.com
SUSMAN GODFREY L.L.P.                                          *ATTORNEYS FOR PLAINTIFF*
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

*ATTORNEYS FOR DEFENDANT*

**[PROPOSED] ORDER**

PURSUANT TO THE PARTIES' STIPULATION, **IT IS SO ORDERED**. The Case Management Conference currently scheduled for April 23, 2015, is vacated.

Dated: 4/15/15              By: _____
                                Hon. Richard Seeborg
                                UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER         2
STAYING DISCOVERY AND SCHEDULING
                                        Case No. 3:14-cv-04769-RS-DMR

3662795v1/014568