**SUSMAN GODFREY LLP**
Oleg Elkhunovich (Cal. Bar No. 269238)
oelkhunovich@susmangodfrey.com
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
(additional counsel listed below signature)

*Attorneys for Defendant ZILLOW, INC.*

**LEWIS & LLEWELLYN LLP**
Paul T. Llewellyn (Cal. Bar No. 216887)
pllewellyn@lewisllewellyn.com
Marc R. Lewis (Cal. Bar No. 233306)
mlewis@lewisllewellyn.com
Evangeline A.Z. Burbidge (Cal. Bar No. 266966)
eburbidge@lewisllewellyn.com
505 Montgomery Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 800-0590
Facsimile: (415) 390-2127

*Attorneys for Plaintiff TOP AGENT NETWORK, INC.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOP AGENT NETWORK, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ZILLOW, INC. <br><br> Defendant. | Case No. 3:14-cv-04769-RS-DMR <br><br> **JOINT STIPULATION, DECLARATION OF JENNA G. FARLEIGH, AND [PROPOSED] ORDER GRANTING EXTENSIONS FOR (1) DEFENDANT ZILLOW, INC. TO RESPOND TO PLAINTIFF TOP AGENT NETWORK, INC.'S FIRST AMENDED COMPLAINT AND (2) PLAINTIFF TOP AGENT NETWORK, INC. TO RESPOND TO ANY MOTION REGARDING FIRST AMENDED COMPLAINT** <br><br> Judge: Hon. Richard G. Seeborg <br> Complaint filed: October 27, 2014 |

Plaintiff Top Agent Network, Inc. ("TAN") and Defendant Zillow, Inc. ("Zillow") have met and conferred, reached agreement, and hereby stipulate as follows:

## STIPULATION

The parties agree that, subject to the approval of the Court, Zillow shall have an extension of 7 days to answer, move, or otherwise respond to TAN's First Amended Complaint ("FAC") (Dkt. 45). In addition, TAN will have a 7-day extension to respond to any motion Zillow files regarding the FAC. Any reply from Zillow will not be subject to an extension.

Accordingly, the parties request that the Court grant the above-mentioned extensions such that a response to TAN's FAC, currently due on May 26, 2015, be due on June 2, 2015; any opposition or other response by TAN to Zillow's filing be due on June 23, 2015; any reply by Zillow be due on June 30, 2015.

Dated: May 26, 2015                                  Respectfully Submitted,

| | |
|---|---|
| SUSMAN GODFREY LLP | LEWIS & LLEWELLYN LLP |
| By: */s/ Oleg Elkhunovich* | By: */s/ Paul T. Llewellyn* |
| Oleg Elkhunovich | Paul T. Llewellyn, Lead Attorney |
| Susman Godfrey LLP | CA Bar No. 216887 |
| 1901 Avenue of the Stars, Suite 950 | pllewellyn@lewisllewellyn.com |
| Los Angeles, CA 90067-6029 | Marc R. Lewis, CA Bar No. 233306 |
| Telephone: (310) 789-3100 | mlewis@lewisllewellyn.com |
| Facsimile: (310) 789-3150 | Evangeline A.Z. Burbidge, |
| | CA Bar No. 266966 |
| Brooke A. M. Taylor, Lead Attorney | eburbidge@lewisllewellyn.com |
| WA Bar No. 33190 (Admitted *Pro Hac Vice*) | 505 Montgomery Street, Suite 1300 |
| btaylor@susmangodfrey.com | San Francisco, CA 94111 |
| Jenna G. Farleigh | Telephone: (415) 800-0592 |
| CA Bar No. 288811 | Facsimile: (415) 390-2127 |
| jfarleigh@susmangodfrey.com | |
| SUSMAN GODFREY L.L.P. | *ATTORNEYS FOR PLAINTIFF* |
| 1201 Third Avenue, Suite 3800 | |
| Seattle, Washington 98101-3000 | |
| Telephone: (206) 516-3880 | |
| Facsimile: (206) 516-3883 | |
| | |
| *ATTORNEYS FOR DEFENDANT* | |

**DECLARATION OF JENNA G. FARLEIGH ISO STIPULATION OF EXTENSION**

I, Jenna Farleigh, hereby declare as follows:

1. I am an active member of the State Bar of California and an attorney with the law firm of Susman Godfrey L.L.P.  I am one of the attorneys representing Zillow, Inc. ("Zillow") in this matter.  I am over the age of 18 and competent to testify to the facts stated herein.

2. Zillow requested defendant Top Agent Network, Inc. ("TAN") to agree to a seven-day extension to answer, move, or otherwise respond to TAN's First Amended Complaint (Dkt. 45) because the 14-day period of time provided to respond to an amended complaint overlapped with a holiday weekend and Zillow needed more time finalize its response.

3. Counsel for the parties met and conferred and TAN's counsel agreed. TAN likewise requested a 7-day extension to file an opposition or other response to Zillow's filing.

4. No other deadline extensions have been sought in this case to date.

5. Because this case is still in the pleading stages and no scheduling has been set, the series of seven-day extensions should not affect the scheduling in this case.

Dated: May 26, 2015.                    By: /s/ __Jenna G. Farleigh_
                                             Jenna G. Farleigh

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. Zillow will have until June 2, 2015, to respond to TAN's First Amended Complaint and TAN will have an additional seven days, until June 23, 2015, to respond to Zillow's filing. Any further reply from Zillow will not be subject to an extension and will be due on June 30, 2015.

Dated: 5/27/15

By: /s/ Richard Seeborg
Hon. Richard Seeborg
UNITED STATES DISTRICT JUDGE