UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TOP AGENT NETWORK, INC.,
    Plaintiff,

v.

ZILLOW, INC.,
    Defendant.

Case No. 14-cv-04769-RS

**CASE MANAGEMENT SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on September 10, 2015. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1.    ALTERNATIVE DISPUTE RESOLUTION.

MEDIATION. The parties will seek to engage in private mediation in the next 180 days.

2.    DISCOVERY.

On or before February 5, 2016, all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) five (5) percipient witness depositions per side (excluding expert depositions, non-party depositions, and 30(b)(6) depositions); (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) no more than twenty-five (25) requests for admission per party. Each side may take up to six (6) hours of testimony per deposition. Multiple days of deposition of a single witness will not be permitted absent agreement of the parties or court order. The parties shall be permitted to revisit these limits as discovery progresses. They must meet and confer in an attempt to resolve any issues before seeking the court's intervention.

3.  EXPERT WITNESSES.

The disclosure and discovery of expert witnesses shall proceed as follows:

   a. On or before February 12, 2016, the parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

   b. On or before March 11, 2016, the parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

   c. On or before April 15, 2016, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

4.  FURTHER CASE MANAGEMENT CONFERENCE.

A Further Case Management Conference shall be held on **January 28, 2016 at 11:00 a.m.** All parties shall appear telephonically and must contact Court Conference at (866) 582-6878 at least one week prior to the Conference to arrange their participation.  The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

5.  PRETRIAL MOTIONS.

All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7. Each party is limited to one motion for summary judgment absent leave of Court.  All pretrial motions shall be heard no later than July 28, 2016.

6.  PRETRIAL CONFERENCE.

The final pretrial conference will be held on **October 20, 2016 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

7.  TRIAL DATE.

A jury trial shall commence on **December 5, 2016 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED**.

Dated: September 10, 2015

_____
RICHARD SEEBORG
United States District Judge