1   LEWIS & LLEWELLYN LLP
        Paul T. Llewellyn (Bar No. 216887)
2       Marc R. Lewis (Bar No. 233306)
        Evangeline A.Z. Burbidge (Bar No. 266966)
3   505 Montgomery Street, Suite 1300
    San Francisco, California 94111
4   Telephone:  (415) 800-0590
    Facsimile:  (415) 390-2127
5   Email: pllewellyn@lewisllewellyn.com
            mlewis@lewisllewellyn.com
6           eburbidge@lewisllewellyn.com

7   Attorneys for Plaintiff
    TOP AGENT NETWORK, INC.
8

9   SUSMAN GODFREY LLP
    Brooke A. M. Taylor, Lead Attorney
10  WA Bar No. 33190 (Admitted Pro Hac Vice)
    btaylor@susmangodfrey.com
11  1201 Third Avenue, Suite 3800
    Seattle, Washington 98101-3000
12  Telephone: (206) 516-3880
    Facsimile: (206) 516-3883
13  *(additional counsel listed below signature)*

14  Attorneys for Defendant
    ZILLOW, INC.
15

16                  UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA

18                     SAN FRANCISCO DIVISION

19

20  TOP AGENT NETWORK, INC.,                    CASE NO.  3:14-cv-04769-RS

21                  Plaintiff,          **STIPULATION AND [PROPOSED] ORDER
                                        EXTENDING CASE DEADLINES**
22          v.

23  ZILLOW, INC.,

24                  Defendant.

25

26

27

28

1    Plaintiff Top Agent Network, Inc. ("TAN") and Defendant Zillow, Inc. ("Zillow"), by

2   and through their attorneys of record, hereby stipulate and agree as follows:

3    WHEREAS, on September 10, 2015, this Court issued a Scheduling Order which

4   scheduled all discovery and trial deadlines;

5    WHEREAS, this Court's Scheduling Order set the following case deadlines:

| Item | Deadline |
|---|---|
| Fact Discovery | February 5, 2016 |
| Expert Disclosures | February 12, 2016 |
| Deadline to Complete Mediation | March 8, 2016 |
| Rebuttal Expert Disclosures | March 11, 2016 |
| Expert Discovery | April 15, 2016 |
| Dispositive Motions Hearing | July 28, 2016 |
| Final Pretrial Conference | October 20, 2016 |
| Jury Trial | December 5, 2016 |

17    WHEREAS, there have been no previous extensions or requests for extensions of the

18   discovery or trial schedule;

19    WHEREAS, the parties are actively engaging in the discovery process and will shortly be

20   substantially completing their document production;

21    WHEREAS, the parties would benefit from a short extension of time to review and

22   analyze the other party's document production, and schedule and prepare for depositions;

23    WHEREAS, the additional time will also allow the parties to participate in a meaningful

24   mediation in order to potentially resolve this matter;

25    WHEREAS, the proposed new schedule would not affect the date of the pretrial

26   conference or trial;

27    WHEREAS, good cause exists to extend the current discovery and case schedule to allow

28

the parties sufficient time to engage in adequate discovery, and engage in a meaningful

mediation;

IT IS HEREBY STIPULATED by and between TAN and Zillow, through their

respective counsel of record, that the case deadlines be amended as follows:

| Item | Current Deadline | Proposed Deadline |
|------|-----------------|-------------------|
| Fact Discovery | February 5, 2015 | March 29, 2016 |
| Expert Disclosures | February 12, 2015 | April 12, 2016 |
| Mediation Deadline | March 8, 2016 | April 29, 2016 |
| Rebuttal Expert Disclosures | March 11, 2016 | May 11, 2016 |
| Expert Discovery | April 15, 2016 | June 15, 2016 |
| Dispositive Motion Hearing | July 28, 2016 | August 25, 2016 |
| Final Pretrial Conference | October 20, 2016 | *No change* |
| Jury Trial | December 5, 2016 | *No change* |

IT IS SO STIPULATED.

Dated: December 2, 2015                    LEWIS & LLEWELLYN LLP
                                           Paul T. Llewellyn
                                           Marc R. Lewis
                                           Evangeline A.Z. Burbidge


                                           By: /s/ Paul T. Llewellyn
                                           Paul T. Llewellyn
                                           Atttorneys for Plaintiff,
                                           Top Agent Network, Inc.


Dated: December 2, 2015                    SUSMAN GODFREY LLP


                                           By: /s/ Brooke A. M. Taylor
                                           Brooke A. M. Taylor, Lead Attorney
                                           WA Bar No. 33190 (Admitted *Pro Hac Vice*)
                                           btaylor@susmangodfrey.com
                                           Jenna G. Farleigh, CA Bar #288811
                                           jfarleigh@susmangodfrey.com

1              1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000

2              Telephone: (206) 516-3880
Facsimile: (206) 516-3883

4              Oleg Elkhunovich, CA Bar #269238
oelkhunovich@susmangodfrey.com
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Attorneys for Defendant,
Zillow, Inc.

1

2                                    [~~PROPOSED~~] ORDER

3          Having reviewed the parties' Stipulation Extending Case Deadlines, and good cause

4    appearing therefor,

5          **IT IS HEREBY ORDERED** that the stipulated request to extend the case deadlines is

6    hereby **GRANTED**.  The case schedule shall be amended as follows:

| Item | Deadline |
| --- | --- |
| Fact Discovery | March 29, 2016 |
| Expert Disclosures | April 12, 2016 |
| Mediation Deadline | April 29, 2016 |
| Rebuttal Expert Disclosures | May 11, 2016 |
| Expert Discovery | June 15, 2016 |
| Dispositive Motion Hearing | August 25, 2016 |
| Final Pretrial Conference | October 20, 2016 |
| Jury Trial | December 5, 2016 |

IT IS SO ORDERED.


Dated:  12/7/15                        By:_____
                                          Hon. Richard G. Seeborg
                                          UNITED STATES DISTRICT JUDGE